THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| YVETTE HESSLER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON DEPARTMENT OF CHILDREN, YOUTH, AND FAMILIES,<br><br>Defendant. | No. 3:25-cv-05601<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT |

THIS MATTER came before the Court on Defendant's Unopposed Motion for Extension of Time to Respond to Complaint. The Court considered the Motion and the other pleadings and papers on file in this matter.

Based on the foregoing, and for good cause shown, the Court hereby GRANTS Defendant's Motion. Defendant's deadline to answer or otherwise respond to the Complaint is extended to August 29, 2025.

IT IS SO ORDERED.

DATED this 31st day of July, 2025.

_[signature]_

HONORABLE MARSHA J. PECHMAN

ORDER GRANTING DEFENDANT'S UNOPPOSED
MOTION FOR EXTENSTION OF TIME TO
RESPOND TO COMPLAINT - 1 [PROPOSED]

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

Presented by:

PACIFICA LAW GROUP LLP

*s/ Kai A. Smith*
Kai A. Smith, WSBA #54749
Noe M. Merfeld, WSBA #56876

*Attorneys for Defendant State of Washington Department of Children Youth and Families*

ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSTION OF TIME TO RESPOND TO COMPLAINT - 2 [~~PROPOSED~~]

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750